UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LUKE JACKSON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIM HAMMOND, )<br>OFFICER WYATT, and )<br>OFFICER DOE, )<br>)<br>Defendants. ) | No.: 3:22-CV-219-TAV-DCP |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT